# Exhibit B

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.   2018-039581-CA(08)

PRISCILA ELEN DE SOUZA LIMA, as
Personal Representative of the Estate of
AILTON CESAR JUNIOR ALVES DA SILVA,
deceased,

BÁRBARA CALAZANS MONTEIRO, as
Personal Representative of the Estate of
ANANIAS ALOI CASTRO MONTEIRO,
deceased,

GIRLENE CAMPINHO AZEVEDO
DOMINGUES, as Personal Representative of
the Estate of BRUNO RANGEL DOMINGUES,
deceased,

ARIADINY PATRICYA WEBER, as Personal
Representative of the Estate of EMERSON FABIO
DIDOMENICO, deceased,

PATRÍCIA LUANA GROZA DA SILVA
GIMENEZ, as Personal Representative of the Estate
of GUILHERME GIMENEZ DE SOUZA,
deceased,

VALDÉCIA BORGES DE MORAIS PAIVA, as
Personal Representative of the Estate of
JOSE GILDEIXON CLEMENTE DE PAIVA,
deceased,

AQUINOAN DE SOUSA CARVALHO, as
Personal Representative of the Estate of
LUCAS GOMES DA SILVA,
deceased,

HÉLIO HERMITO ZAMPIER NETO,

ULRIKE OHLWEILER, as Personal Representative of
the Estate of ANDERSON RODRIGUES PAIXAO
DE ARAUJO, deceased,

DAIELLI FAUSTINO KEMITC DA SILVA, as
Personal Representative of the Estate of
MATHEUS BITENCOURT DA SILVA, deceased,

GRAZIELE DE AQUINO ALVES VIEIRA, as
Personal Representative of the Estate of TIAGO
DA ROCHA VIEIRA ALVES, deceased,

JAKSON RAGNAR FOLLMANN,

SUELLEN NERY DOS SANTOS, as Personal
Representative of the Estate of MARCELO
AUGUSTO MATHIAS DA SILVA, deceased,

ROSÂNGELA MARIA DOS SANTOS SILVA
LOUREIRO, as Personal Representative of the
Estate of CLEBER SANTANA LOUREIRO, deceased,

SUSANA RIBAS PEREIRA DE JESUS, as
Personal Representative of the Estate of
WILLIAN THIEGO DE JESUS, deceased,

ALINE PENTEADO PEREIRA MACHADO, as
Personal Representative of the Estate of
FILIPE JOSE MACHADO, deceased,

VENELANDA DUMKE, as Personal Representative
of the Estate of ANDERSON ROBERTO
MARTINS, deceased,

LETÍCIA DOS ANJOS GABRIEL, as Personal
Representative of the Estate of MARCOS
DANILO PADILHA, deceased,

PAULINHO GOBBATO, as Personal
Representative of the Estate of RAFAEL
CORREA GOBBATO, deceased,

LUIZ MAURO GROHS, as Personal
Representative of the Estate of LUIZ
FELIPE GROHS, deceased,

AJUSSARA ENRISCO, as Personal Representative
Of the Estate of RAFAEL VALMORBIDA,

GRACIELA MISSEL, as Personal Representative
of the Estate of MARCIO BESTENE KOURY,
deceased,

ILKA APARECIDA LABES PEIXOTO, as
Personal Representative of the Estate of
DELFIM PADUA PEIXOTO, deceased,

SANDRA JACQUELINE MADRID LUCAS
CASTILLO, as Personal Representative of the
Estate of ANDERSON DONIZETI LUCAS,
Deceased,

DICLEIA JOHANN DE JESUS, as Personal
Representative of the Estate of SERGIO LUIZ
FERREIRA DE JESUS, deceased,

AMANDA DOS SANTOS MACHADO, as Personal
Representative of the Estate of DENER ASSUNCAO
BRAZ, deceased,

ALAN RUSCHEL,

ANA CLAUDIA SEVERO, as Personal
Representative of the Estate of EDUARDO
LUIS PREUSS, deceased,

FABIENNE BELLE, as Personal Representative
of the Estate of LUIS CESAR MARTINS CUNHA,
deceased,

EZIQUIELA CALDERON GALIOTTO, as Personal
Representative of the Estate of GELSON GALIOTTO,
Deceased,

CRISTIANI VICENTINI, as Personal Representative of
the Estate of RENAN CARLOS AGNOLIN, deceased,

FERNANDA AMORIM DE ABREU, as Personal
Representative of the Estate of ARTHUR BRASILIANO
MAIA, deceased,

MAURI ANTONIO DA SILVA, as Personal
Representative of the Estate of BRUNO MAURI DA
SILVA, deceased,

ADRIANA DE OLIVEIRA SAROLI, as Personal
Representative of the Estate of LUIZ CARLOS
SAROLI, deceased,

SUELI SALETE DE CASTRO, as Personal Representative
of the Estate of EDUARDO DE CASTRO, deceased,

XIMENA SUAREZ OTTERBURG,

RAQUEL DONAIDE CORONEL BENAGAS, as Personal
Representative of the Estate of GUSTAVO FELICIANO
ENCINA NUNEZ, deceased,

ELIZETH ANDREINA SANDOBAL GONZALEZ, as
Personal Representative of the Estate of ANGEL
EDUARDO LUGO UGAS, deceased

OVIEDO VON BORRIES CABALLERO, as
Personal Representative of the Estate of SISY
GABRIELA ARIAS PARAVICINY, deceased

EDWIN TUMIRI CHOQUE,

PAMELA JUSTINIANO PEDRAZA as Personal
Representative of the Estate of ROMMEL DAVID
VACAFLORES TERRAZAS, deceased

FLORA TARQUI AVILA as Personal Representative
of the Estate of ALEX RICHARD QUISPE GARCIA,
deceased,

LUCAS CASAGRANDE DAL BELLO as Personal
Representative of the Estate of MAURO LUIZ DAL
BELLO, deceased,

        Plaintiffs,

vs.

LINEA AEREA MERIDA INTERNACIONAL
DE AVIACION d/b/a LAMIA CORPORATION S.R.L.,
a foreign corporation, KITE AIR CORPORATION LTD.
a foreign corporation, MARCO ANTONIO ROCHA
VENEGAS, RICARDO ALBERTO ALBACETE
VIDAL, AON UK LIMITED, a foreign corporation,

BISA SEGUROS Y REASEGUROS, S.A., a foreign corporation, TOKIO MARINE KILN SYNDICATES LIMITED, a foreign corporation, and JOHN DOES 1-25, foreign corporations,

                Defendants.

_____/

## MOTION TO JOIN LIABILITY INSURERS, BISA AND TOKIO MARINE, TO FINAL JUDGMENTS

The Plaintiffs hereby move, pursuant to Fla. Stat. § 627.4136, to join Defendant LaMia's liability carriers, BISA SEGUROS Y REASEGUROS, S.A. ("BISA") and TOKIO MARINE KILN SYNDICATES LIMITED ("Tokio Marine"), as party defendants for the purposes of entering final judgment, and in support thereof state as follows:

1. Pursuant to Fla. Stat. § 627.4136(4), "[a]t the time a judgment is entered or a settlement is reached during the pendency of litigation, a liability insurer may be joined as a party defendant for the purposes of entering final judgment or enforcing the settlement by the motion of any party . . . ." As this Court has already recognized, a settlement has been reached with the Defendant-insureds in this lawsuit, and the Court is poised to enter final judgments. Under the terms of Fla. Stat. § 627.4136(2), "[n]o person who is not an insured under the terms of a liability insurance policy shall have any interest in such policy, either as a third-party beneficiary or otherwise, prior to first obtaining a settlement or verdict against a person who is an insured under the terms of such policy for a cause of action which is covered by such policy." Because the Plaintiffs here, third-party beneficiaries of the insurance policies, have now obtained and succeeded in enforcing the settlement agreement that resolves their claims against the Defendant-insureds, they may file this motion to join the insureds' liability insurers.

2. The Plaintiffs hereby file this motion to join LaMia's liability insurers, BISA and Tokio Marine, in compliance with the requirements of Fla. Stat. 627.4136, which specifies that the

motion should be made prior to or at the time of entry of judgment against the insureds. *See C.A. Seguros Catatumbo v. Herrera*, 812 So.2d 576 (Fla. 3d DCA 2002).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been Filed via ECF filing and sent via email to Marco Antonio Rochas Venegas, marv_0405@hotmail.com, 4850 S.W. 63rd Terr., Apr. 413, Davie, FL 33314 on this 11TH day of August, 2020.

Respectfully submitted,

/s/ Steven C. Marks
Steven C. Marks (FBN 516414)
smarks@podhurst.com
Kristina M. Infante (FBN 0112557)
kinfante@podhurst.com
**PODHURST ORSECK, P.A.**
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Telephone: (305) 358-2800
Fax: (305) 358-2382

Attorneys for Plaintiffs