# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

PRISCILA ELEN DE SOUZA LIMA, as Personal Representative of the Estate of AILTON CESAR JUNIOR ALVES DA SILVA, deceased,

BÁRBARA CALAZANS MONTEIRO, as Personal Representative of the Estate of ANANIAS ALOI CASTRO MONTEIRO, deceased,

GIRLENE CAMPINHO AZEVEDO DOMINGUES, as Personal Representative of the Estate of BRUNO RANGEL DOMINGUES, deceased,

ARIADINY PATRICYA WEBER, as Personal Representative of the Estate of EMERSON FABIO DIDOMENICO, deceased,

PATRÍCIA LUANA GROZA DA SILVA GIMENEZ, as Personal Representative of the Estate of GUILHERME GIMENEZ DE SOUZA, deceased,

VALDÉCIA BORGES DE MORAIS PAIVA, as Personal Representative of the Estate of JOSE GILDEIXON CLEMENTE DE PAIVA, deceased,

AQUINOAN DE SOUSA CARVALHO, as Personal Representative of the Estate of LUCAS GOMES DA SILVA, deceased,

HÉLIO HERMITO ZAMPIER NETO,

ULRIKE OHLWEILER, as Personal Representative of the Estate of ANDERSON RODRIGUES PAIXAO DE ARAUJO, deceased,

DAIELLI FAUSTINO KEMITC DA SILVA, as Personal Representative of the Estate of MATHEUS BITENCOURT DA SILVA, deceased,

GRAZIELE DE AQUINO ALVES VIEIRA, as Personal Representative of the Estate of TIAGO DA ROCHA VIEIRA ALVES, deceased,

Civil Action No.:1:20-cv-23631-UU

JAKSON RAGNAR FOLLMANN,

SUELLEN NERY DOS SANTOS, as Personal Representative of the Estate of MARCELO AUGUSTO MATHIAS DA SILVA, deceased,

ROSÂNGELA MARIA DOS SANTOS SILVA LOUREIRO, as Personal Representative of the Estate of CLEBER SANTANA LOUREIRO, deceased,

SUSANA RIBAS PEREIRA DE JESUS, as Personal Representative of the Estate of WILLIAN THIEGO DE JESUS, deceased,

ALINE PENTEADO PEREIRA MACHADO, as Personal Representative of the Estate of FILIPE JOSE MACHADO, deceased,

VENELANDA DUMKE, as Personal Representative of the Estate of ANDERSON ROBERTO MARTINS, deceased,

LETÍCIA DOS ANJOS GABRIEL, as Personal Representative of the Estate of MARCOS DANILO PADILHA, deceased,

PAULINHO GOBBATO, as Personal Representative of the Estate of RAFAEL CORREA GOBBATO, deceased,

LUIZ MAURO GROHS, as Personal Representative of the Estate of LUIZ FELIPE GROHS, deceased,

JUSSARA ERISCO, as Personal Representative of the Estate of RAFAEL VALMORBIDA, deceased

GRACIELA MISSEL, as Personal Representative of the Estate of MARCIO BESTENE KOURY, deceased,

ILKA APARECIDA LABES PEIXOTO, as Personal Representative of the Estate of DELFIM

2

PADUA PEIXOTO, deceased,

SANDRA JACQUELINE MADRID LUCAS CASTILLO, as Personal Representative of the Estate of ANDERSON DONIZETI LUCAS, deceased,

DICLEIA JOHANN DE JESUS, as Personal Representative of the Estate of SERGIO LUIZ FERREIRA DE JESUS, deceased,

AMANDA DOS SANTOS MACHADO, as Personal Representative of the Estate of DENER ASSUNCAO BRAZ, deceased,

ALAN RUSCHEL,

ANA CLAUDIA SEVERO, as Personal Representative of the Estate of EDUARDO LUIS PREUSS, deceased,

FABIENNE BELLE, as Personal Representative of the Estate of LUIS CESAR MARTINS CUNHA, deceased,

EZIQUIELA CALDERON GALIOTTO, as Personal Representative of the Estate of GELSON GALIOTTO, deceased,

CRISTIANI VICENTINI, as Personal Representative of the Estate of RENAN CARLOS AGNOLIN, deceased,

FERNANDA AMORIM DE ABREU, as Personal Representative of the Estate of ARTHUR BRASILIANO MAIA, deceased,

MAURI ANTONIO DA SILVA, as Personal Representative of the Estate of BRUNO MAURI DA SILVA, deceased,

ADRIANA DE OLIVEIRA SAROLI, as Personal Representative of the Estate of LUIZ CARLOS SAROLI, deceased,

SUELI SALETE DE CASTRO, as Personal

3

Representative of the Estate of EDUARDO DE CASTRO, deceased,

XIMENA SUAREZ OTTERBURG,
RAQUEL DONAIDE CORONEL BENAGAS, as Personal Representative of the Estate of GUSTAVO FELICIANO ENCINA NUNEZ, deceased,

ELIZETH ANDREINA SANDOBAL GONZALEZ, as Personal Representative of the Estate of ANGEL EDUARDO LUGO UGAS, deceased,

OVIEDO VON BORRIES CABALLERO, as Personal Representative of the Estate of SISY GABRIELA ARIAS PARAVICINY, deceased,

EDWIN TUMIRI CHOQUE,

PAMELA JUSTINIANO PEDRAZA as Personal Representative of the Estate of ROMMEL DAVID VACAFLORES TERRAZAS, deceased,

FLORA TARQUI AVILA as Personal Representative of the Estate of ALEX RICHARD QUISPE GARCIA, deceased,

LUCAS CASAGRANDE DAL BELLO as Personal Representative of the Estate of MAURO LUIZ DAL BELLO, deceased,

Plaintiffs,

v.

LINEA AEREA MERIDA INTERNACIONAL DE AVIACION d/b/a LAMIA CORPORATION S.R.L., a foreign corporation, KITE AIR CORPORATION LTD., a foreign corporation, MARCO ANTONIO ROCHA VENEGAS, RICARDO ALBERTO ALBACETE VIDAL, AON UK LIMITED, a foreign corporation, BISA SEGUROS Y REASEGUROS, S.A., a foreign corporation, TOKIO MARINE KILN

4

SYNDICATES LIMITED, a foreign corporation,
and JOHN DOES 1-25, foreign corporations,

Defendants.

_____/

### PLAINTIFFS' MOTION TO STAY PENDING RESOLUTION OF PLAINTIFFS' FORTHCOMING MOTION TO REMAND

Plaintiffs respectfully move for a stay of all proceedings pending resolution of Plaintiffs' forthcoming Motion to Remand. Plaintiffs filed their complaint with the Circuit Court for the Eleventh Judicial Circuit in and for Miami-Dade County Florida on November 27, 2018, and Defendants improperly removed the case to this Court on August 31, 2020, incorrectly arguing that the Montreal Convention—a treaty governing primarily international commercial aviation flights—governs the Plaintiffs' state law-based coverage and bad faith claims against Tokio Marine Kiln, and thus that federal courts have exclusive jurisdiction over this matter. The arguments raised in Defendants' Notice of Removal are incorrect, as will be fully explained in Plaintiffs' forthcoming Motion to Remand. In the meantime, the Plaintiffs' request that the Court stay the resolution of other matters in this case until after a ruling on Plaintiffs' motion to remand the case to state court, where it has been pending for nearly two years.

### ARGUMENT

"The District Court has broad discretion to stay proceedings as an incident to its power to control its own docket." *Clinton v. Jones*, 520 U.S. 681, 706 (1997). Courts stay proceedings regularly wherein "resolution of a preliminary motion may dispose of the entire action." *Nankivil v. Lockheed Martin Corp.*, 216 F.R.D. 689, 692 (M.D. Fla. 2003), *aff'd,* 87 Fed. Appx. 713 (11th Cir. 2003) (quoting *Association Fe Y Allegria v. Republic of Ecuador,* 1999 WL 147716 (S.D.N.Y. Mar.16, 1999)). Specifically, courts in this district and elsewhere routinely stay proceedings

pending the resolution of a pending motion to remand. *See e.g. Hill v. Nat'l Ins. Underwriters, Inc.*, 12-62498-CIV, 2013 WL 11971265, at *1 (S.D. Fla. Aug. 7, 2013) ("Discovery in the above-styled cause is hereby stayed pending resolution by the Court of the pending Motion To Remand."); *GRO Capital, LLC v. Landmark Am. Ins. Co.*, 09-20277-CIV, 2009 WL 10668986, at *2 (S.D. Fla. July 13, 2009) ("Stay this Matter Until Such Time as the Court has Ruled on the Motion to Remand"); *Cresthaven-Ashley Master Ass'n, Inc. v. Empire Indem. Ins. Co.*, 9:19-CV-80959, 2020 WL 705209, at *2 (S.D. Fla. Feb. 12, 2020) (quoting *Nankivil,* 216 F.R.D. at 692) (internal quotation marks omitted) (stay "is appropriate if the Court finds that the Association's Dispositive Motion "appear[s] to be meritorious and truly case dispositive."); *Parkside at Mountain Shadows Owners Ass'n, Inc. v. Travelers Cas. & Sur. Co. of Am.*, 15-CV-00120-KMT, 2015 WL 1598066 (D. Colo. Apr. 7, 2015) (granting plaintiff's motion to stay pending ruling on plaintiff's motion to remand); *Wood v. Merck & Co., Inc.*, 2:08CV763-FTM-UADNF, 2008 WL 4642615, at *1 (M.D. Fla. Oct. 20, 2008) ("[T]he Court concludes that the motion to stay should be granted and that the issues raised in the motion for remand should be deferred to the district court presiding over MDL–1657.").

As in the above cases, Plaintiffs' forthcoming Motion to Remand will likely dispose of this matter entirely from this Court. Given the dispositive nature of the forthcoming motion, Plaintiffs respectfully request that the Court exercise its discretion in this instance and stay all proceedings pending resolution of Plaintiffs' Motion to Remand.

## **CONCLUSION**

WHEREFORE, Plaintiffs respectfully request this Court stay all proceedings pending resolution of Plaintiffs' forthcoming Motion to Remand.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2020 a true and correct copy of this document was electronically filed with the Clerk of the Court using CM/ECF on Counsel of record for Defendants, Lida Rodriguez-Taseff, DLA Piper LLP, 200 South Biscayne Blvd., Suite 2500, Miami, Florida 33131, lida.rodriguez-taseff@dlapiper.com; J. Trumon Phillips, DLA Piper, LLP, 3111 W. Dr. Martin Luther King Jr., Blvd., Suite 300, Tampa, FL 33607, trumon.phillips@dlapiper.com; Aidan M. McCormack, DLA Piper LLP, 1251 Avenue of the Americas, 27th Floor, New York, NY 10020, aidan.mccormack@dlapiper.com; and Marco Antonio Rocha Venegas, 4850 S.W. 63rd Terr., Apt. 413, Davie, FL 33314, marv_0405@hotmail.com.

    Respectfully submitted,

    PODHURST ORSECK, P.A.

/s/   Kristina M. Infante
Steven C. Marks
Fla. Bar No. 516414
Email: smarks@podhurst.com
Kristina M. Infante
Fla. Bar No. 112557
Email: kinfante@podhurst.com
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Phone: (3050 358-2800 / Fax (305) 358-2382