UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRISCILA ELEN DE SOUZA LIMA, as Personal Representative of the Estate of AILTON CESAR JUNIOR ALVES DA SILVA, deceased, | CASE NO. 1:20-cv-23631-UU |
| BÁRBARA CALAZANS MONTEIRO, as Personal Representative of the Estate of ANANIAS ALOI CASTRO MONTEIRO, deceased, | |
| GIRLENE CAMPINHO AZEVEDO DOMINGUES, as Personal Representative of the Estate of BRUNO RANGEL DOMINGUES, deceased, | |
| ARIADINY PATRICYA WEBER, as Personal Representative of the Estate of EMERSON FABIO DIDOMENICO, deceased, | |
| PATRÍCIA LUANA GROZA DA SILVA GIMENEZ, as Personal Representative of the Estate of GUILHERME GIMENEZ DE SOUZA, deceased, | |
| VALDÉCIA BORGES  DE MORAIS PAIVA, as Personal Representative of the Estate of JOSE GILDEIXON CLEMENTE DE PAIVA, deceased, | |
| AQUINOAN DE SOUSA CARVALHO, as Personal Representative of the Estate of LUCAS GOMES DA SILVA, deceased, | |
| HÉLIO HERMITO ZAMPIER NETO, | |
| ULRIKE OHLWEILER, as Personal Representative of the Estate of ANDERSON RODRIGUES PAIXAO DE ARAUJO, deceased, | |
| DAIELLI FAUSTINO KEMITC DA SILVA, as Personal Representative of the Estate of MATHEUS BITENCOURT DA SILVA, deceased, | |
| GRAZIELE DE AQUINO ALVES VIEIRA, as Personal Representative of the Estate of TIAGO DA ROCHA VIEIRA ALVES, deceased, | |

JAKSON RAGNAR FOLLMANN,

SUELLEN NERY DOS SANTOS, as Personal Representative of the Estate of MARCELO AUGUSTO MATHIAS DA SILVA, deceased,

ROSÂNGELA MARIA DOS SANTOS SILVA LOUREIRO, as Personal Representative of the Estate of CLEBER SANTANA LOUREIRO, deceased,

SUSANA RIBAS PEREIRA DE JESUS, as Personal Representative of the Estate of WILLIAN THIEGO DE JESUS, deceased,

ALINE PENTEADO PEREIRA MACHADO, as Personal Representative of the Estate of FILIPE JOSE MACHADO, deceased,

VENELANDA DUMKE, as Personal Representative of the Estate of ANDERSON ROBERTO MARTINS, deceased,

LETÍCIA DOS ANJOS GABRIEL, as Personal Representative of the Estate of MARCOS DANILO PADILHA, deceased,

PAULINHO GOBBATO, as Personal Representative of the Estate of RAFAEL CORREA GOBBATO, deceased,

LUIZ MAURO GROHS, as Personal Representative of the Estate of LUIZ FELIPE GROHS, deceased,

AJUSSARA ENRISCO, as Personal Representative of the Estate of RAFAEL VALMORBIDA,

GRACIELA MISSEL, as Personal Representative of the Estate of MARCIO BESTENE KOURY, deceased,

ILKA APARECIDA LABES PEIXOTO, as Personal Representative of the Estate of DELFIM PADUA PEIXOTO, deceased,

2

SANDRA JACQUELINE MADRID LUCAS CASTILLO, as Personal Representative of the Estate of ANDERSON DONIZETI LUCAS, deceased,

DICLEIA JOHANN DE JESUS, as Personal Representative of the Estate of SERGIO LUIZ FERREIRA DE JESUS, deceased,

AMANDA DOS SANTOS MACHADO, as Personal Representative of the Estate of DENER ASSUNCAO BRAZ, deceased,

ALAN RUSCHEL,

ANA CLAUDIA SEVERO, as Personal Representative of the Estate of EDUARDO LUIS PREUSS, deceased,

FABIENNE BELLE, as Personal Representative of the Estate of LUIS CESAR MARTINS CUNHA, deceased,

EZIQUIELA CALDERON GALIOTTO, as Personal Representative of the Estate of GELSON GALIOTTO, deceased,

CRISTIANI VICENTINI, as Personal Representative of the Estate of RENAN CARLOS AGNOLIN, deceased,

FERNANDA AMORIM DE ABREU, as Personal Representative of the Estate of ARTHUR BRASILIANO MAIA, deceased,

MAURI ANTONIO DA SILVA, as Personal Representative of the Estate of BRUNO MAURI DA SILVA, deceased,

ADRIANA DE OLIVEIRA SAROLI, as Personal Representative of the Estate of LUIZ CARLOS SAROLI, deceased,

SUELI SALETE DE CASTRO, as Personal Representative of the Estate of EDUARDO DE CASTRO, deceased,

XIMENA SUAREZ OTTERBURG,

RAQUEL DONAIDE CORONEL BENAGAS, as Personal Representative of the Estate of GUSTAVO FELICIANO ENCINA NUNEZ, deceased,

ELIZETH ANDREINA SANDOBAL GONZALEZ, as Personal Representative of the Estate of ANGEL EDUARDO LUGO UGAS, deceased,

OVIEDO VON BORRIES CABALLERO, as Personal Representative of the Estate of SISY GABRIELA ARIAS PARAVICINY, deceased,

EDWIN TUMIRI CHOQUE,

PAMELA JUSTINIANO PEDRAZA as Personal Representative of the Estate of ROMMEL DAVID VACAFLORES TERRAZAS, deceased,

FLORA TARQUI AVILA as Personal Representative of the Estate of ALEX RICHARD QUISPE GARCIA, deceased,

LUCAS CASAGRANDE DAL BELLO as Personal Representative of the Estate of MAURO LUIZ DAL BELLO, deceased,

       Plaintiffs,

v.

LINEA AEREA MERIDA INTERNACIONAL DE AVIACION d/b/a LAMIA CORPORATION S.R.L., a foreign corporation, KITE AIR CORPORATION LTD., a foreign corporation, MARCO ANTONIO ROCHA VENEGAS, RICARDO ALBERTO ALBACETE VIDAL, AON UK LIMITED, a foreign corporation, BISA SEGUROS Y REASEGUROS, S.A., a foreign corporation, TOKIO MARINE KILN SYNDICATES LIMITED, a foreign corporation, and JOHN DOES 1-25, foreign corporations,

       Defendants.
_____/

4

**PUTATIVE DEFENDANT TOKIO MARINE KILN SYNDICATES LIMITED'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR REMAND**

Putative Defendant TOKIO MARINE KILN SYNDICATES LIMITED ("**Tokio Marine Kiln**")[1] by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 7.1, hereby files its Motion for Extension of Time to Respond to Motion for Remand [ECF No. 15] ("**Motion to Remand**"), and in support hereof states the following:

1. Tokio Marine Kiln filed its Notice of Removal on August 31, 2020 [ECF No. 1].

2. The Court extended Plaintiffs' deadline to file a Motion to Remand through October 19, 2020 [ECF No. 14].

3. On October 19, 2020, Plaintiffs filed their Motion for Remand [ECF No. 15].

4. A response to the Motion for Remand is due to be filed by Tokio Marine Kiln by no later than November 2, 2020.

5. Tokio Marine Kiln is working diligently on its response but requires additional time to prepare same. Tokio Marine Kiln can show good cause for the requested extension.

---

[1] Tokio Marine Kiln avers that this Court lacks personal jurisdiction over Tokio Marine Kiln as further set out in Tokio Marine Kiln's Response to Motion for Leave to Amend [ECF No. 10]. Tokio Marine Kiln therefore does not waive and expressly reserves all jurisdictional defenses and objections, and appears specially and for the expressly limited purpose of requesting the relief sought herein. Tokio Marine Kiln is also not waiving but expressly preserving all other jurisdictional defenses including but not limited to the right to arbitration of any and all claims alleged to derive from the insurance policy issued to Defendant LaMia, and that in all claims arising out of the Montreal Convention, discussed in the Notice of Removal, transportation by air may only be brought in the forums specified in Article 33 of the Convention. As to the latter point, this Court has jurisdiction to determine whether the United States is a permissible forum for a claim governed by the Montreal Convention. *See, e.g., Wendelberger v. Deutsche Lufthansa AG*, No. 18-cv-01055-PJH, 2018 WL 2387858, at *3-4 (N.D. Cal. May 25, 2018). Tokio Marine Kiln therefore reserves its right to challenge whether the remedies sought by the Plaintiffs against Tokio Marine Kiln in this action can be properly pursued in the United States.

6. Plaintiffs do not oppose the extension requested herein.

7. Based on the foregoing, Tokio Marine Kiln respectfully request a twenty (20) day extension of its time to respond to the Motion for Remand up to and including November 23, 2020.

8. This Motion is not interposed for delay and will not unfairly prejudice any party.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Pursuant to S.D. Fla. L. R. 7.1(a)(3), the undersigned hereby certifies that on October 28, 2020, she communicated with Plaintiffs' counsel regarding the subject matter of this Motion and was advised that Plaintiffs do not oppose to the requested extension.

Dated: October 28, 2020          **DLA PIPER LLP (US)**

By: */s/ Lida Rodriguez Taseff*
    Lida Rodriguez-Taseff
    Florida Bar No. 039111
    **DLA PIPER LLP (US)**
    200 South Biscayne Boulevard
    Suite 2500
    Miami, Florida 33131
    Phone:  305-423-8525
    Fax:  305-675-7885
    Email: lida.rodriguez-taseff@dlapiper.com
           dawn.perez@dlapiper.com

    J. Trumon Phillips
    Florida Bar No. 84568
    **DLA PIPER LLP (US)**
    3111 W. Dr. Martin Luther King Jr. Blvd.
    Suite 300
    Tampa, Florida 33607-6233
    Phone:  813-229-2111
    Fax:  813-229-1447
    Email: trumon.phillips@dlapiper.com
           sheila.hall@dlapiper.com

6

Aidan McCormack
*(Admitted Pro Hac Vice)*
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
27th Floor
New York, NY 10020-1104
Phone: 212-335-4750
Fax: 917-778-8750
Email: aidan.mccormack@dlapiper.com

*Attorneys for Putative Defendant TOKIO MARINE KILN SYNDICATES LIMITED*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on October 28, 2020, a true and correct copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served via email upon:

Steven C. Marks
smarks@podhurst.com
Kristina M. Infante
kinfante@podhurst.com
PODHURST ORSECK, P.A.
One S.E. 3rdAvenue, Suite 2300
Miami, FL 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
*Attorneys for Plaintiffs*

Marco Antonio Rochas Venegas
marv_0405@hotmail.com
4850 S.W. 63rdTerr.
Apt. 413
Davie, FL 33314
*Pro Se Defendant*

*/s/ Lida Rodriguez-Taseff*
Lida Rodriguez-Taseff
Florida Bar No. 39111

EAST\177176039.1