UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23631-UU

PRISCILA ELEN DE SOUZA LIMA, *et al.*,

    Plaintiffs,

v.

LINEA AEREA MERIDA
INTERNACIONAL DE AVIACION
d/b/a LAMIA CORP. S.R.L., *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendants' Motion for Extension of Time ("Motion"). D.E. 16. The Court has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Rather than an extension to November 23, 2020, the Court will grant a more limited extension to November 17, 2020. Accordingly, it is

ORDERED AND ADJUDGED that the Motion, D.E. 16, is GRANTED in part. Defendants SHALL file any response to the Motion to Remand, D.E. 15, up to and including November 17, 2020.

DONE AND ORDERED in Chambers, Miami, Florida, this _29th_ day of October, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF