UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23631-UU

PRISCILA ELEN DE SOUZA LIMA, *et al.*,

    Plaintiffs,

v.

LINEA AEREA MERIDA
INTERNACIONAL DE AVIACION
d/b/a LAMIA CORP. S.R.L., *et al.*,

    Defendants.

_____/

**ORDER**

It is ORDERED AND ADJUDGED that the Initial Planning and Scheduling Conference is hereby rescheduled to Friday, December 18, 2020, at 9:30 A.M.

DONE AND ORDERED in Chambers at Miami, Florida, this _2d_ day of November 2020.

                                           _____
                                         URSULA UNGARO
                                         UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF