UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23631-UU

PRISCILA ELEN DE SOUZA LIMA, *et al.*,

    Plaintiffs,

v.

LINEA AEREA MERIDA
INTERNACIONAL DE AVIACION
d/b/a LAMIA CORP. S.R.L., *et al.*,

    Defendants.
_____/

**ORDER**

    It is ORDERED AND ADJUDGED that pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1B, the parties are jointly responsible for conferring to develop a proposed discovery plan. Thereafter, the parties are to file and serve a Joint Planning and Scheduling Report together with a proposed Scheduling Order and an attached service list including the parties' names, phone numbers, and facsimile numbers. The report and proposed order must be filed by December 9, 2020 and must recite all the information required by this Court's September 2, 2020 Order. D.E. 6 at 1–2.

    DONE AND ORDERED in Chambers at Miami, Florida, this 10th__ day of November 2020.

                                                              _____
                                                              URSULA UNGARO
                                                              UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF