UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-23631-CANNON

PRISCILA ELEN DE SOUZA LIMA, et al.,

    Plaintiffs,

vs.

LINEA AEREA MERIDA
INTERNACIONAL DE AVIACION
d/b/a LAMIA CORP. S.R.L., et al.,

    Defendants.
_____/

## ORDER OF CERTIFICATION FOR REASSIGNMENT

THE UNDERSIGNED MAGISTRATE JUDGE to whom the above-style case has been assigned, hereby certifies the above matter as ready for reassignment and directs the Clerk's Office to reassign this case to Magistrate Judge Alicia M. Otazo-Reyes pursuant to Administrative Order 2020-91.

DONE AND ORDERED at Miami, Florida, this **24th** day of November, 2020.

JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE