# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PRISCILA ELEN DE SOUZA LIMA, as Personal Representative of the Estate of AILTON CESAR JUNIOR ALVES DA SILVA, deceased, | CASE NO. 1:20-cv-23631<br>Judge Aileen Cannon<br>Magistrate Judge Alicia Otazo-Reyes |
| BÁRBARA CALAZANS MONTEIRO, as Personal Representative of the Estate of ANANIAS ALOI CASTRO MONTEIRO, deceased, | |
| GIRLENE CAMPINHO AZEVEDO DOMINGUES, as Personal Representative of the Estate of BRUNO RANGEL DOMINGUES, deceased, | |
| ARIADINY PATRICYA WEBER, as Personal Representative of the Estate of EMERSON FABIO DIDOMENICO, deceased, | |
| PATRÍCIA LUANA GROZA DA SILVA GIMENEZ, as Personal Representative of the Estate of GUILHERME GIMENEZ DE SOUZA, deceased, | |
| VALDÉCIA BORGES DE MORAIS PAIVA, as Personal Representative of the Estate of JOSE GILDEIXON CLEMENTE DE PAIVA, deceased, | |
| AQUINOAN DE SOUSA CARVALHO, as Personal Representative of the Estate of LUCAS GOMES DA SILVA, deceased, | |
| HÉLIO HERMITO ZAMPIER NETO, | |
| ULRIKE OHLWEILER, as Personal Representative of the Estate of ANDERSON RODRIGUES PAIXAO DE ARAUJO, deceased, | |
| DAIELLI FAUSTINO KEMITC DA SILVA, as Personal Representative of the Estate of MATHEUS BITENCOURT DA SILVA, deceased, | |
| GRAZIELE DE AQUINO ALVES VIEIRA, as Personal Representative of the Estate of TIAGO DA ROCHA VIEIRA ALVES, deceased, | |

EAST\178747928.1

JAKSON RAGNAR FOLLMANN,
SUELLEN NERY DOS SANTOS, as Personal
Representative of the Estate of MARCELO
AUGUSTO MATHIAS DA SILVA, deceased,

ROSÂNGELA MARIA DOS SANTOS SILVA
LOUREIRO, as Personal Representative of the
Estate of CLEBER SANTANA LOUREIRO,
deceased,

SUSANA RIBAS PEREIRA DE JESUS, as
Personal Representative of the Estate of WILLIAN
THIEGO DE JESUS, deceased,

ALINE PENTEADO PEREIRA MACHADO, as
Personal Representative of the Estate of FILIPE
JOSE MACHADO, deceased,

VENELANDA DUMKE, as Personal
Representative of the Estate of ANDERSON
ROBERTO MARTINS, deceased,

LETÍCIA DOS ANJOS GABRIEL, as Personal
Representative of the Estate of MARCOS DANILO
PADILHA, deceased,

PAULINHO GOBBATO, as Personal
Representative of the Estate of RAFAEL CORREA
GOBBATO, deceased,

LUIZ MAURO GROHS, as Personal
Representative of the Estate of LUIZ FELIPE
GROHS, deceased,

AJUSSARA ENRISCO, as Personal Representative
of the Estate of RAFAEL VALMORBIDA,

GRACIELA MISSEL, as Personal Representative
of the Estate of MARCIO BESTENE KOURY,
deceased,

ILKA APARECIDA LABES PEIXOTO, as
Personal Representative of the Estate of DELFIM
PADUA PEIXOTO, deceased,

SANDRA JACQUELINE MADRID LUCAS CASTILLO, as Personal Representative of the Estate of ANDERSON DONIZETI LUCAS, deceased,
DICLEIA JOHANN DE JESUS, as Personal Representative of the Estate of SERGIO LUIZ FERREIRA DE JESUS, deceased,

AMANDA DOS SANTOS MACHADO, as Personal Representative of the Estate of DENER ASSUNCAO BRAZ, deceased,

ALAN RUSCHEL,

ANA CLAUDIA SEVERO, as Personal Representative of the Estate of EDUARDO LUIS PREUSS, deceased,

FABIENNE BELLE, as Personal Representative of the Estate of LUIS CESAR MARTINS CUNHA, deceased,

EZIQUIELA CALDERON GALIOTTO, as Personal Representative of the Estate of GELSON GALIOTTO, deceased,

CRISTIANI VICENTINI, as Personal Representative of the Estate of RENAN CARLOS AGNOLIN, deceased,

FERNANDA AMORIM DE ABREU, as Personal Representative of the Estate of ARTHUR BRASILIANO MAIA, deceased,

MAURI ANTONIO DA SILVA, as Personal Representative of the Estate of BRUNO MAURI DA SILVA, deceased,

ADRIANA DE OLIVEIRA SAROLI, as Personal Representative of the Estate of LUIZ CARLOS SAROLI, deceased,

SUELI SALETE DE CASTRO, as Personal Representative of the Estate of EDUARDO DE CASTRO, deceased,

XIMENA SUAREZ OTTERBURG,

RAQUEL DONAIDE CORONEL BENAGAS, as Personal Representative of the Estate of GUSTAVO FELICIANO ENCINA NUNEZ, deceased,

ELIZETH ANDREINA SANDOBAL GONZALEZ, as Personal Representative of the Estate of ANGEL EDUARDO LUGO UGAS, deceased,

OVIEDO VON BORRIES CABALLERO, as Personal Representative of the Estate of SISY GABRIELA ARIAS PARAVICINY, deceased,

EDWIN TUMIRI CHOQUE,

PAMELA JUSTINIANO PEDRAZA as Personal Representative of the Estate of ROMMEL DAVID VACAFLORES TERRAZAS, deceased,

FLORA TARQUI AVILA as Personal Representative of the Estate of ALEX RICHARD QUISPE GARCIA, deceased,

LUCAS CASAGRANDE DAL BELLO as Personal Representative of the Estate of MAURO LUIZ DAL BELLO, deceased,

       Plaintiffs,

v.

LINEA AEREA MERIDA INTERNACIONAL DE AVIACION d/b/a LAMIA CORPORATION S.R.L., a foreign corporation, KITE AIR CORPORATION LTD., a foreign corporation, MARCO ANTONIO ROCHA VENEGAS, RICARDO ALBERTO ALBACETE VIDAL, AON UK LIMITED, a foreign corporation, BISA SEGUROS Y REASEGUROS, S.A., a foreign corporation, TOKIO MARINE KILN SYNDICATES LIMITED, a foreign corporation, and JOHN DOES 1-25, foreign corporations,

       Defendants.

_____/

## PUTATIVE DEFENDANT TOKIO MARINE KILN SYNDICATES LIMITED'S NOTICE OF COMPLIANCE WITH COURT ORDER

Putative Defendant, Tokio Marine Kiln Syndicates Limited, by and through its undersigned counsel, hereby certifies and states that it has complied with this Court's Order [D.E. 29] entered on January 4, 2021, by providing its Initial Disclosures to Plaintiffs on January 15, 2021.

**DLA PIPER LLP (US)**

By: */s/ J Trumon Phillips*
    J. Trumon Phillips
    Florida Bar No. 84568
    **DLA PIPER LLP (US)**
    3111 W. Dr. Martin Luther King Jr. Blvd.
    Suite 300
    Tampa, Florida 33607-6233
    Phone: 813-229-2111
    Fax: 813-229-1447
    Email: trumon.phillips@dlapiper.com
           sheila.hall@dlapiper.com

    Aidan McCormack (admitted *pro hac vice*)
    **DLA PIPER LLP (US)**
    1251 Avenue of the Americas, 27th Floor
    New York, NY 10020-1104
    Phone: 212-336-4750
    Fax: 917-778-8750
    Email: aidan.mccormack@dlapiper.com

    *Attorneys for Defendant*
    *TOKIO MARINE KILN SYNDICATES LIMITED*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** on January 15, 2021, a true and correct copy of this document was electronically filed with the Clerk of the Court using the CM/ECF system. I also certify that the foregoing document is being served via email upon:

Steven C. Marks
Kristina M. Infante
PODHURST ORSECK, P.A.
One S.E. 3rd Avenue, Suite 2300
Miami, FL 33131
Phone: (305) 358-2800
Fax: (305) 358-2382
Email: smarks@podhurst.com
        kinfante@podhurst.com
*Attorneys for Plaintiffs*

Marco Antonio Rochas Venegas
4850 S.W. 63rd Terr.
Apt. 413
Davie, FL 33314
Email:  marv_0405@hotmail.com
*Pro Se Defendant*

                                          */s/ J. Trumon Phillips*
                                          Attorney

EAST\178747928.1