**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

PRISCILA ELEN DE SOUZA LIMA, as Personal
Representative of the Estate of AILTON CESAR
JUNIOR ALVES DA SILVA, deceased,

Civil Action No.:1:20-cv-23631-AMC

BÁRBARA CALAZANS MONTEIRO, as
Personal Representative of the Estate of ANANIAS
ALOI CASTRO MONTEIRO, deceased,

GIRLENE CAMPINHO AZEVEDO
DOMINGUES, as Personal Representative of the
Estate of BRUNO RANGEL DOMINGUES,
deceased,

ARIADINY PATRICYA WEBER, as Personal
Representative of the Estate of EMERSON FABIO
DIDOMENICO, deceased,

PATRÍCIA LUANA GROZA DA SILVA
GIMENEZ, as Personal Representative of the
Estate of GUILHERME GIMENEZ DE SOUZA,
deceased,

VALDÉCIA BORGES DE MORAIS PAIVA, as
Personal Representative of the Estate of JOSE
GILDEIXON CLEMENTE DE PAIVA, deceased,

AQUINOAN DE SOUSA CARVALHO, as
Personal Representative of the Estate of LUCAS
GOMES DA SILVA, deceased,

HÉLIO HERMITO ZAMPIER NETO,

ULRIKE OHLWEILER, as Personal
Representative of the Estate of ANDERSON
RODRIGUES PAIXAO DE ARAUJO, deceased,

DAIELLI FAUSTINO KEMITC DA SILVA, as
Personal Representative of the Estate of
MATHEUS BITENCOURT DA SILVA, deceased,

GRAZIELE DE AQUINO ALVES VIEIRA, as
Personal Representative of the Estate of TIAGO
DA ROCHA VIEIRA ALVES, deceased,

JAKSON RAGNAR FOLLMANN,

SUELLEN NERY DOS SANTOS, as Personal Representative of the Estate of MARCELO AUGUSTO MATHIAS DA SILVA, deceased,

ROSÂNGELA MARIA DOS SANTOS SILVA LOUREIRO, as Personal Representative of the Estate of CLEBER SANTANA LOUREIRO, deceased,

SUSANA RIBAS PEREIRA DE JESUS, as Personal Representative of the Estate of WILLIAN THIEGO DE JESUS, deceased,

ALINE PENTEADO PEREIRA MACHADO, as Personal Representative of the Estate of FILIPE JOSE MACHADO, deceased,

VENELANDA DUMKE, as Personal Representative of the Estate of ANDERSON ROBERTO MARTINS, deceased,

LETÍCIA DOS ANJOS GABRIEL, as Personal Representative of the Estate of MARCOS DANILO PADILHA, deceased,

PAULINHO GOBBATO, as Personal Representative of the Estate of RAFAEL CORREA GOBBATO, deceased,

LUIZ MAURO GROHS, as Personal Representative of the Estate of LUIZ FELIPE GROHS, deceased,

JUSSARA ERISCO, as Personal Representative of Estate of RAFAEL VALMORBIDA, deceased

GRACIELA MISSEL, as Personal Representative of the Estate of MARCIO BESTENE KOURY, deceased,

ILKA APARECIDA LABES PEIXOTO, as Personal Representative of the Estate of DELFIM PADUA PEIXOTO, deceased,

SANDRA JACQUELINE MADRID LUCAS CASTILLO, as Personal Representative of the Estate of ANDERSON DONIZETI LUCAS, deceased,

DICLEIA JOHANN DE JESUS, as Personal Representative of the Estate of SERGIO LUIZ FERREIRA DE JESUS, deceased,

AMANDA DOS SANTOS MACHADO, as Personal Representative of the Estate of DENER ASSUNCAO BRAZ, deceased,

ALAN RUSCHEL,

ANA CLAUDIA SEVERO, as Personal Representative of the Estate of EDUARDO LUIS PREUSS, deceased,

FABIENNE BELLE, as Personal Representative of the Estate of LUIS CESAR MARTINS CUNHA, deceased,

EZIQUIELA CALDERON GALIOTTO, as Personal Representative of the Estate of GELSON GALIOTTO, deceased,

CRISTIANI VICENTINI, as Personal Representative of the Estate of RENAN CARLOS AGNOLIN, deceased,

FERNANDA AMORIM DE ABREU, as Personal Representative of the Estate of ARTHUR BRASILIANO MAIA, deceased,

MAURI ANTONIO DA SILVA, as Personal Representative of the Estate of BRUNO MAURI DA SILVA, deceased,

ADRIANA DE OLIVEIRA SAROLI, as Personal Representative of the Estate of LUIZ CARLOS SAROLI, deceased,

SUELI SALETE DE CASTRO, as Personal Representative of the Estate of EDUARDO DE

CASTRO, deceased,

XIMENA SUAREZ OTTERBURG,
RAQUEL DONAIDE CORONEL BENAGAS, as
Personal Representative of the Estate of
GUSTAVO FELICIANO ENCINA NUNEZ,
deceased,

ELIZETH ANDREINA SANDOBAL
GONZALEZ, as Personal Representative of the
Estate of ANGEL EDUARDO LUGO UGAS,
deceased,

OVIEDO VON BORRIES CABALLERO, as
Personal Representative of the Estate of SISY
GABRIELA ARIAS PARAVICINY, deceased,

EDWIN TUMIRI CHOQUE,

PAMELA JUSTINIANO PEDRAZA as Personal
Representative of the Estate of ROMMEL DAVID
VACAFLORES TERRAZAS, deceased,

FLORA TARQUI AVILA as Personal
Representative of the Estate of ALEX RICHARD
QUISPE GARCIA, deceased,

LUCAS CASAGRANDE DAL BELLO as
Personal Representative of the Estate of MAURO
LUIZ DAL BELLO, deceased,

    Plaintiffs,

v.

LINEA AEREA MERIDA INTERNACIONAL DE
AVIACION d/b/a LAMIA CORPORATION
S.R.L., a foreign corporation, KITE AIR
CORPORATION LTD., a foreign corporation,
MARCO ANTONIO ROCHA VENEGAS,
RICARDO ALBERTO ALBACETE VIDAL,

    Defendants.

## NOTICE OF COMPLIANCE

Pursuant to this Court's Order of January 4, 2021 [DE 29], Plaintiffs give notice to the Court that the parties have exchanged Initial Disclosures on January 15, 2021.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of January, 2021 a true and correct copy of this document was electronically filed with the Clerk of the Court using CM/ECF on Counsel of record for Defendants, J. Trumon Phillips, DLA Piper, LLP, 3111 W. Dr. Martin Luther King Jr., Blvd., Suite 300, Tampa, FL 33607, trumon.phillips@dlapiper.com; Aidan M. McCormack, DLA Piper LLP, 1251 Avenue of the Americas, 27th Floor, New York, NY 10020, aidan.mccormack@dlapiper.com.

        Respectfully submitted,

        PODHURST ORSECK, P.A.

        /s/   Kristina M. Infante
        Steven C. Marks
        Fla. Bar No. 516414
        Email: smarks@podhurst.com
        Kristina M. Infante
        Fla. Bar No. 112557
        Email: kinfante@podhurst.com
        One S.E. 3rd Avenue, Suite 2300
        Miami, FL 33131
        Phone: (305) 358-2800 / Fax (305) 358-2382