**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Angela E. Noble**
Court Administrator • Clerk of Court

400 North Miami Avenue, Room 8N09
Miami, Florida 33128-7716
(305)523-5100

Date: February 2, 2021

**Attn: Civil Correspondence Clerk**
Clerk of Circuit and County Courts
138 Dade County Courthouse
73 West Flagler Street
Miami, FL 33130

FILED BY _____ D.C.
FEB 16 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RE:  District Court Case No.: 1:20-cv-23631-AMC

State Court Case No.: 18-039581-CA

Dear Sir/Madam:

Pursuant to 28 U.S.C. §1447, a certified copy of the District Court's Order of Remand must be mailed to the Clerk of the State Court.

Please acknowledge receipt of the Order in the above referenced case by signing and returning the enclosed copy of this letter.

**Clerk's Acknowledgment of Receipt**
The undersigned hereby ackonwledges receipt of the District Court's certified copy of the Order of Remand.

By: **WILFRED CLARK**
Deputy Clerk

On: **FEB 0 9 2021**

Angela E. Noble, Clerk of Court

By /s/ *Ahlai Israel*
Deputy Clerk





UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK - ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300



HARVEY RUVIN
CLERK AND COUNTY COURTS
CIRCUIT COURTS DIVISION
CIVIL COURTS ST. #138
73 W. FLAGLER, FL. 33130
MIAMI, FL. 33130
CLK/CT. 958  5/08

Printed on Recycled Paper